| CYNTHIA BYRD ET AL | Index #: 08 CIV 5661 |
|---|---|
| Plaintiff(s) | |
| - against - | Date Filed: |
| THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 30, 2008 at 12:01 PM at

1 POLICE PLAZA
NEW YORK, NY

deponent served the within true copy of the SUMMONS & COMPLAINT on THE CITY OF NEW YORK POLICE DEPARTMENT, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH LISA MOORE, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 27 | 5'5 | 200 |

Authorized to accept service by Legal Department

Sworn to me on: June 30, 2008

| Linda Forman | Robin M. Forman | Larry Yee | SIEH CLARK |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1187234 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 571148 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |